IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALVIN ROCKNEY NORRIS[1],

    Petitioner,                          No. CIV S-10-1608 DAD P

    vs.

JERRY BROWN,

    Respondent.                        ORDER

_____/

        This action was transferred to this court from the United States District Court for the Eastern District of Washington because it appeared to that court that petitioner was challenging a judgment of conviction and sentence imposed by the Shasta County Superior Court. On September 13, 2010, the undersigned ordered petitioner to file a second amended petition because petitioner's earlier filed petitions were incomplete, failed to describe the grounds

---

[1] Court records indicate that petitioner's current address of record is the same address petitioner used in filing his civil rights action, Norris v. Shasta County, CIV S-11-0352 GGH P, filed on February 8, 2011. The court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 504 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980) ("[A] court may take judicial notice of its own records in other cases . . . ."). However, petitioner is advised that pursuant to Local Rule 183(b), he must keep the court apprised of his current address at all times. This means that petitioner must file a notice of change of address in this case, if his address changes again. Petitioner's failure to do so may result in the dismissal of this action.

1

for relief, and failed to indicate that petitioner had exhausted his claims by presenting them to the state's highest court. On September 24, 2010, petitioner filed his second amended petition in this action. However, petitioner completed only the first page of the form petition and attached various documents which failed clarify the nature of the conviction which petitioner sought to challenge and also failed to describe the basis upon which he sought habeas relief.

The court will provide petitioner a final opportunity to submit a proper petition for a writ of habeas corpus challenging his judgment of conviction entered in the Shasta County Superior Court. Petitioner is also advised that if he is not seeking to challenge his Shasta County Superior Court conviction but rather is attempting to complain regarding his living conditions at Atascadero State Hospital, he should present such claims by filing a new civil rights action and request that this federal habeas action be dismissed.

On September 24, 2010, petitioner filed his application to proceed in forma pauperis. The court will defer ruling on this application, until petitioner has clarified how he wishes to proceed in this action.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's second amended petition for a writ of habeas corpus, filed on September 24, 2010, is dismissed;

2. Within thirty days from the date of service of this order, petitioner shall file a third amended petition for a writ of habeas corpus that complies with the requirements of the Federal Rules of Civil Procedure; the third amended petition must bear the docket number assigned this case and must be labeled "Third Amended Petition;" petitioner must use the form petition provided by the Clerk of the Court and answer each question in the form petition;

3. If petitioner does not seek to challenge his Shasta County Superior Court conviction, within thirty days from the date of service of this order he shall file a notice so informing the court and requesting dismissal of this habeas action;

/////

1          4. Petitioner's failure to comply with this order will result in the dismissal of this action; and

2          5. The Clerk of the Court is directed to provide petitioner with the form petition for a writ of habeas corpus by a state prisoner.

DATED: March 16, 2011.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
norr1608.9b