IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALVIN ROCKNEY NORRIS,

    Petitioner,                    No. CIV S-10-1608 DAD P

    vs.

JERRY BROWN,                    ORDER AND

    Respondent.                FINDINGS AND RECOMMENDATIONS

                                    /

        This action was transferred to this court from the United States District Court for the Eastern District of Washington. On March 17, 2011, the undersigned dismissed petitioner's second amended habeas petition because it was incomplete and petitioner had failed to clarify the underlying state court criminal conviction that he was seeking to challenge as well as the grounds upon which he seeks habeas relief. Petitioner was granted thirty days to file a third amended petition or to notify the court that he was requesting dismissal of this habeas action. Petitioner was also informed that failure to comply with the court's order would result in the dismissal of this action. The thirty day period has now expired, and petitioner has not filed a third amended petition or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign this case to a District Judge.

1

1  Also, IT IS HEREBY RECOMMENDED that this action be dismissed without
2 prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).
3  These findings and recommendations are submitted to the United States District
4 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-
5 one days after being served with these findings and recommendations, petitioner may file written
6 objections with the court.  The document should be captioned "Objections to Magistrate Judge's
7 Findings and Recommendations."  Petitioner is advised that failure to file objections within the
8 specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951
9 F.2d 1153 (9th Cir. 1991).
10 DATED: April 26, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
norr1608.fta